**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 13-2507**

———————

JAMES ANDREW LACOY,

        Plaintiff - Appellant,

    v.

IAC,

        Defendant - Appellee.

———————

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Max O. Cogburn, Jr., District Judge. (3:13-cv-00273-MOC-DCK)

———————

Submitted: April 17, 2014        Decided: April 21, 2014

———————

Before WILKINSON, KING, and DUNCAN, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

James Andrew Lacoy, Appellant Pro Se. William Patrick Bingle, Thomas J. Gibney, EASTMAN & SMITH, LTD, Toledo, Ohio, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Andrew Lacoy appeals the district court's order adopting the magistrate judge's recommendation and denying relief in his employment discrimination action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Lacoy v. IAC, No. 3:13-cv-00273-MOC-DCK (W.D.N.C. Nov. 15, 2013). Lacoy's motion for appointment of counsel is denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED